UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re INVESTIGATIVE SUBPOENAS DIRECTED TOWARDS PARK NATIONAL BANK, N.A.; HUNTINGTON NATIONAL BANK, N.A.; WELLS FARGO BANK, N.A.; DIGITAL FEDERAL CREDIT UNION AND JP MORGAN CHASE BANK, N.A.<br><br>Issued by<br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>    Applicant. | Misc. No.: Case: 1:21−mc−00160<br>Assigned To : Kollar−Kotelly, Colleen<br>Assign. Date : 12/15/2021<br>Description: Misc. (O−DECK)<br><br>**FILED UNDER SEAL** |

**MOTION TO SEAL APPLICATION FOR ORDER DELAYING NOTICE UNDER THE RIGHT TO FINANCIAL PRIVACY ACT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

The Commodity Futures Trading Commission ("Commission"), by and through the undersigned counsel, respectfully requests leave to file under seal this Motion; the Commission's Application for an *Ex Parte* Order to Delay Notice of Investigative Subpoenas Pursuant to 12 U.S.C. § 3409 and the Memorandum of Law in Support Thereof ("Application"); the proposed orders; and the proposed subpoenas. The Commission files this Motion pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. §§ 3401-3422 ("RFPA"), and to Local Rules 5.1(h), 5.4(e) and 40.8(b)(1).

As part of an investigation into potential violations of the Commodity Exchange Act, 7 U.S.C. §§ 1-26, and the Commission Regulations promulgated thereunder, 17 C.F.R. pts 1-190, the Commission seeks to serve administrative subpoenas on two financial institutions to obtain the financial records of three individuals. The RFPA governs the issuance of a subpoena in these

1

circumstances. Under the RFPA's default procedures, the Commission must provide notice to the individual that it is issuing a subpoena before obtaining any bank records. *See* RFPA § 3405, 12 U.S.C. § 3405. However, the Commission may request a 90-day delay in providing notice where maintaining confidentiality serves certain investigative and law enforcement interests. *See*, RFPA 12 U.S.C. §3409(a). The Commission requests delayed notice under RFPA § 3409 in its Application.

Because the purpose of RFPA § 3409 is to protect the confidentiality of the underlying investigation, applications for relief under RFPA § 3409 are appropriately filed under seal. *See*, RFPA 12 U.S.C. §3409(d) (disclosure of an RFPA § 3409 application to subject individual is appropriate only where the Court has determined that requirements for relief under RFPA §3409(a) are not satisfied). The Application—and any papers referencing the Application, including any order by this Court—should be maintained under seal at least until the earlier of (1) the time at which actual notice of the subpoenas is given to the individual pursuant to the RFPA; or (2) the Court determines that relief under 12 U.S.C. § 3409 is not appropriate.

## CONCLUSION

WHEREFORE, the Commission respectfully requests that the Court grant leave to file under seal this Motion and the Application, and all other documents related to this filing. The Commission also requests that the Court issue any related orders under seal. A proposed Order is being submitted herewith.

Respectfully submitted,

Dated: December 15, 2021

*Karen Kenmotsu*

Trial Attorney
(Approved under L.C.v.R. 83.2(e))
NY Bar No. 2599306
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone: (202) 418-5120
E-mail: kkenmotsu@cftc.gov

Luke B. Marsh
Chief Trial Attorney
DC Bar No. 475635
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone: (202) 418-5322
E-mail: lmarsh@cftc.gov